[Nos. 32846-8-I; 32848-4-I.   Division One.   May 8, 1995.]

*In the Matter of the Welfare of* D.M., ET AL.

THE STATE OF WASHINGTON, *Respondent*, v. FELIX MISCH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-7-00263-7, Sharon S. Armstrong, J., entered May 6, 1993. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Baker, C.J., and Grosse, J.

[No. 34801-9-I.    Division One.   May 8, 1995.]

KENNETH W. HANBAUM, ET AL, *Appellants*, v. OWENS-CORNING FIBERGLAS CORPORATION, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-10177-7, Robert H. Alsdorf, J., entered May 20, 1994. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 32980-4-I.    Division One.   May 8, 1995.]

THE STATE OF WASHINGTON, *Appellant*, v. MARTIN FRANCIS McGOWAN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-07890-9, Norma Smith Huggins, J., entered May 5, 1994. *Affirmed* by unpublished opinion per Cox, J., concurred in by Baker, C.J., and Grosse, J.